HON. S. CLINTON HASTINGS, CHIEF JUSTICE.
 "    JOHN F. KINNEY,    ⎱
 "    GEORGE GREENE,   ⎰ JUDGES.

---

MUSGRAVE *et al. v.* BD. OF COM. OF MUSCATINE CO.[1]

A plea averring complete performance of all the conditions of the bond sued upon, is not demurrable.

ERROR, *to Muscatine District Court.*

*Jacob Butler,* for the plaintiff in error.

*W. G. Woodward,* for the defendant.

*Opinion by* KINNEY, J.   This was an action of debt, instituted in the district court of Muscatine county, upon a county treasurer's bond against the plaintiff in error and his

[1] Judge Hastings having been of counsel, took no part in the decision of this case.

securities. The defendants below pleaded *non est factum*, and Musgrave, the treasurer, filed several special pleas, one of which was a plea of performance. These pleas were all demurred to, and the court sustained the demurrer; which is the error complained of by the plaintiff in error. From a careful examination of the third plea, we believe it to have been a good one. It avers a full and complete performance of all the conditions of the bond, according to the tenor and effect thereof, which, if true, we think would have constituted a good defence to the action. We think the court erred in sustaining the demurrer to this plea.

Judgment reversed.